UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARSON DAVIS, | Case No. 1:21-cv-1750-AWI-HBK |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| THE CITY OF SALINAS; SALINAS POLICE DEPARTMENT; THE COUNTY OF MONTEREY, | (Doc. No. 1) |
| Defendants. | |

Before the Court is *pro se* Plaintiff James Garson Davis's Complaint filed under 42 U.S.C. § 1983. (Doc. No. 1). After reviewing the Complaint, the Court determines Plaintiff should have brought this action in the United States District Court in the Northern District of California. According to the Complaint, the events giving rise to the cause of action and/or the defendants reside in Monterey County, which is within the venue of the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1391(b). Thus, the Court transfers this case under 28 U.S.C. § 1406(a).

Accordingly, it is

**ORDERED**:

The Clerk of Court is directed to **transfer** this action to the United States District Court for the Northern District of California, deny any pending motions as moot, and close this case.

1
2   Dated:    December 14, 2021
3
                                      HELENA M. BARCH-KUCHTA
                                      UNITED STATES MAGISTRATE JUDGE